■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHESTER THOMPSON, JR., Appellant.—Judgment unanimously affirmed. Memorandum: As a condition to the acceptance of his plea, defendant knowingly and voluntarily waived his right to appeal from the court's denial of his suppression motion *(see, People v Williams,* 36 NY2d 829, *cert denied* 423 US 873; *People v Smith,* 142 AD2d 195, *affd* 74 NY2d 1; *People v Seaberg,* 139 AD2d 53, *affd* 74 NY2d 1; *People v Durant,* 101 AD2d 1008). Although defendant's plea did not waive his

jurisdictional claim *(see, People v Case,* 42 NY2d 98, 99-100), that claim lacks merit because defendant possessed contraband in Niagara County *(see,* CPL 20.40 [1] [a]; *People v Botta,* 100 AD2d 311, 313-315; *People v Lowen,* 100 AD2d 518, 519). (Appeal from judgment of Niagara County Court, DiFlorio, J. —criminal possession of controlled substance, fourth degree.) Present—Dillon, P. J., Callahan, Green, Pine and Davis, JJ.